No. 1177. DEL ROSARIO ET AL., PLAINTIFFS AND APPELLANTS, *v.* RUCABADO ET AL., DEFENDANTS AND APPELLANTS.—Appeal from the District Court of Guayama in an action of ejectment. Motion by both parties to correct the record. Decided November 27, 1914. Motion sustained. *Messrs. Muñoz & Brown,* for the plaintiffs. *Messrs. Adolfo Dones* and *Damián Monserrat, Jr.,* for the defendants.

---

No. 728. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* RAMÍREZ, DEFENDANT AND APPELLANT.—

No. 729. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* SEDA, DEFENDANT AND APPELLANT.—

No. 727. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* ARÁN, DEFENDANT AND APPELLANT.—

Appeals from the District Court of Mayagüez in prosecutions for violations of the Election Law. Decided November 30, 1914. Judgments affirmed. *Mr. Salvador Mestre, fiscal,* for The People. The accused did not appear.

---

No. 1221. SORIANO ET AL., PLAINTIFFS AND APPELLANTS, *v.* REXACH ET AL., DEFENDANTS AND RESPONDENTS.—Appeal from the District Court of San Juan, Section 1, in an action of ejectment and for damages. Motion by respondents for dismissal of the appeal. Decided November 30, 1914. Motion denied because appellants filed their brief before the hearing on the motion of the respondents and following the jurisprudence laid down in the cases of *González v. Acha,* 19 P. R. R., 1143; *Alfonzo v. Rosso, ante* page—; and *Gandía & Co. v. Alonso, ante* page—. *Messrs. Luis Samalea Iglesias* and *Henry G. Molina* for the appellants. *Messrs. Bosch & Soto* for the respondents.